UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-61928-CIV-COHN/SELTZER

KINSLEY JEAN-BAPTISTE,

    Plaintiff,

v.

ROX ENTERPRISES, INC., MARGARET S.
ARNESON, and RICKY ARNESON,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [DE 29]. The Court has considered the Motion and is otherwise advised in the premises. The Court concludes that the settlement regarding Plaintiff's FLSA claim is fair and reasonable in accordance with <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice [DE 29] is **GRANTED**. The parties' Settlement Agreement and Mutual General Release [DE 29-1] is **APPROVED**. All claims in the above-captioned action are **DISMISSED with prejudice**. The Court retains jurisdiction to enforce the terms of the parties' settlement. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of March, 2015.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF